HENRY CARNEY, Respondent, *v.* HYMAN MARCUS, Appellant.

Submitted January 5, 1948; decided January 15, 1948.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 724.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAILWAY EXPRESS AGENCY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES GERCHARIO, EMIL H. MILLER, CHARLES A. HARRINGTON, FRANK REILLY, HOWARD BROEMS, EDWARD HALLORAN, THOMAS MCCABE, MILTON MULHARE, JEREMIAH MCCARTY, MICHAEL LONG, GEORGE BAUER, HERMAN GRIPES and JOHN MURRAY, Appellants.

Submitted January 5, 1948; decided January 15, 1948.

Motion by appellant for reargument denied.

Motion by appellant to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: A question under the Federal Constitution was presented and necessarily passed upon by this court, viz.: whether section 124 of article 9 of the Traffic Regulations of the Police Commissioner of the City of New York is repugnant to the Fourteenth Amendment or to section 8 of article I of the Constitution of the United States. This court held that the Traffic Regulation aforesaid is not repugnant to said provisions of the Constitution of the United States. [See 297 N. Y. 703.]

In the Matter of ANNE COOPER, Respondent. LEO T. MCCAULEY, as Consul General of Ireland and as Ancillary Executor of MARY A. CONNOLLY, Deceased, Appellant.

Submitted January 5, 1948; decided January 15, 1948.

Motion by respondent to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 291 N. Y. 255.]